Rafey S. Balabanian (Cal Bar No. 315962)
 rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: +1.415.212.9300

Schuyler Ufkes (*pro hac vice*)
 sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, Ste 14th Floor
Chicago, IL 60654
Tel: +1.312.589.6370

*Attorneys for Plaintiff Diana Packbiers*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIANA PACKBIERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINDROP SECURITY, INC.,<br><br>Defendant. | CASE NO.  4: 22-cv-04926-HSG<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-1(b), Plaintiff Diana Packbiers and Defendant Pindrop Security, Inc. ("Pindrop"), by and through their attorneys of record stipulate as follows:

WHEREAS, on August 29, 2022, Plaintiff filed her Class Action Complaint against Pindrop (Dkt. 1);

WHEREAS, on October 28, 2022, Pindrop filed its Motion to Dismiss the Class Action Complaint (Dkt. 19);

WHEREAS, pursuant to Local Civil Rule 7-3(a), Plaintiff's opposition to the Motion to Dismiss is due November 14, 2022;

WHEREAS, pursuant to Local Civil Rule 7-3(c), Pindrop's reply in support of its Motion to Dismiss is due on November 21, 2022;

WHEREAS, counsel for Plaintiff and Pindrop have met and conferred regarding a briefing schedule for Plaintiff's opposition and Pindrop's reply, taking into account travel schedules and the upcoming holidays;

WHEREAS, the parties agree that extending the deadlines for Plaintiff's opposition and Pindrop's reply will facilitate the efficient resolution of the dispute, avoid duplicative briefing and conserve judicial resources; and

WHEREAS, the parties' stipulation herein and proposed briefing schedule will not alter the date of any event or any deadline already fixed by Court order, including but not limited to the March 2, 2023 hearing on Pindrop's Motion to Dismiss;

**IT IS ACCORDINGLY STIPULATED AND AGREED**, that:

1. Plaintiff's opposition to Pindrop's Motion to Dismiss shall be filed no later than December 7, 2022.

2. Pindrop's Reply in Support of its Motion to Dismiss shall be filed no later than January 13, 2023.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2022 | EDELSON PC |
| 2 | | |
| 3 | | By /s/ Schuyler Ufkes |
| | | Rafey S. Balabanian (Cal Bar No. 315962) |
| 4 | | rbalabanian@edelson.com |
| | | 150 California Street, 18th Floor |
| 5 | | San Francisco, California 94111 |
| | | Tel: +1.415.212.9300 |
| 6 | | |
| 7 | | Schuyler Ufkes (*pro hac vice*) |
| | | sufkes@edelson.com |
| 8 | | 350 North LaSalle Street, Ste 14th Floor |
| | | Chicago, IL 60654 |
| 9 | | Tel: +1.312.589.6370 |
| 10 | Dated: November 13, 2022 | LATHAM & WATKINS LLP |
| 11 | | |
| 12 | | By /s/ Melanie M. Blunschi |
| | | Michael H. Rubin (CA Bar No. 214636) |
| 13 | | michael.rubin@lw.com |
| | | Melanie M. Blunschi (CA Bar No. 234264) |
| 14 | | melanie.blunschi@lw.com |
| 15 | | Francis J. Acott (CA Bar No. 331813) |
| | | francis.acott@lw.com |
| 16 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, California 94111-6538 |
| 17 | | Telephone: +1.415.391.0600 |
| 18 | | |
| 19 | | *Attorneys for Defendant Pindrop Security, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/14/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge