Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes (Admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DIANA PACKBIERS, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br>  v.<br><br>PINDROP SECURITY, INC., a Delaware corporation,<br><br>  *Defendant*. | Case No. 22-cv-04926-HSG<br><br>**JOINT STIPULATION OF DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE AND ORDER** |

**JOINT STIPULATION OF DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Diana Packbiers and Defendant Pindrop Security, Inc., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of the individual claims of Plaintiff Diana Packbiers, with prejudice, and with each party to bear their own attorneys' fees and costs. This dismissal has no effect on the claims of any absent, putative class members. Defendant Pindrop has not made or promised any payment to Plaintiff Packbiers or her counsel in return for dismissal of the action.

**IT IS SO STIPULATED** (*subject to Court Order*).

Dated: March 1, 2023                EDELSON PC

By: /s/ Schuyler Ufkes

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes (Admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Diana Packbiers*

Dated: March 1, 2023                LATHAM & WATKINS LLP

By: /s/ Melanie M. Blunschi

Michael H. Rubin (CA Bar No. 214636)
michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
melanie.blunschi@lw.com
Francis J. Acott
francis.acott@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: +1.415.391.0600

*Attorneys for Defendant Pindrop Security, Inc.*

# **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. The individual claims of Plaintiff Diana Packbiers are dismissed with prejudice, and with each party to bear their own attorneys' fees and costs.

2. This dismissal has no effect on the claims of any absent, putative class members.

ENTERED: 3/1/2023

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge